UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

MICHELE WILLIAMS

                Plaintiff

v.                              Civ. No. 19-0005-GLR

MORGAN STATE UNIVERSITY, *et al.*,

Defendants

## NOTICE OF APPEAL

Notice is hereby given that Michele Williams, plaintiff in the above named case, hereby appeals to the United States Court of Appeals for the Fourth Circuit from the District Court's July 26, 2021 Memorandum Opinion and Order granting Defendants' Motion to Dismiss or, in the Alternative, for Summary Judgment on remand pursuant to the judgement of the United States Court of Appeals for the Fourth Circuit and the District Court's Order July 26, 2021 Order that the action shall Remain Closed.

                                                        Respectfully submitted,

                                                        **<u>Daniel E. Kenney /s/</u>**
                                                        Daniel E. Kenney, Esq.
                                                        Bar No. 18369
                                                       DK Associates, LLC
                                                        5425 Wisconsin Avenue, Suite 600
                                                       Chevy Chase, MD 20815
                                                       202-430-5966 Phone

dan@dkemployment.com

***Morris E. Fischer, Esq.  /s/***

Morris E. Fischer, Esq.
Bar No. 26286
Law Office of Morris Fischer, LLC
1400 Spring Street, Suite 350
Silver Spring, MD 20910
301-328-7631 Phone
301-328-7638 Fax
morris@mfischerlaw.com